# United States District Court

**ORIGINAL**

CENTRAL   DISTRICT OF   CALIFORNIA

In the Matter of the Seizure of
(Address or Brief description of property or premises to be seized)

The Wells Fargo Bank Accounts of Juan E. Caudillo listed below:

**SEIZURE WARRANT**

CASE NUMBER: 2:18-MJ-03087

TO: The Postal Inspection Service and any Authorized Officer of the United States, Affidavit(s) having been made before me by <u>Postal Inspector Kelly Shen</u> who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely the following Wells Fargo bank accounts:

   a.   6300211890, held in the name Juan E. Caudillo DBA J.C. Trucking;
   b.   6351146631, held in the name Juan E. Caudillo;
   c.   9218515014, held in the name Juan E. Caudillo DBA J.C. Greenhouse; and
   d.   6885605284, held in the name Juan E. Caudillo DBA J.C. Greenhouse.

which are subject to seizure and forfeiture pursuant to: 21 U.S.C. § 853(f), 18 U.S.C. §§ 981 and 984, and 28 U.S.C. § 2461(c).

concerning violations of Title <u>18</u> United States Code, Section(s) 371, 1001, 1349, 1341, 1956, and 31 U.S.C. § 5324.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within <u>14</u> days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant and inventory to the United States Magistrate on duty at the time of the return through a filing with the Clerk's Office.

The financial institution listed above is ordered to deliver all funds in the identified accounts to the law enforcement agent serving this warrant immediately upon presentation of this warrant in the form of a cashier's check made payable to the United States Postal Inspection Service.

11-20-2018 at noon                           at   Los Angeles, California
Date and Time Issued


Honorable John E. McDermott, U.S. Magistrate Judge                John E McDermott
Name and Title of Judicial Officer                                Signature of Judicial Officer


AUSA Andrew Brown, x0102, 11th Floor

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/27/2018 | 11/28/2018   11:40AM | Leticia Castro |

INVENTORY MADE IN THE PRESENCE OF

~~SH~~ Leticia Castro; Wells Fargo Service Manager

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

See Attached

## CERTIFICATION

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 11/29/2018

_____
Executing officer's signature

Shani Lee, ASAC
Printed name and title

# Search Warrant Inventory

United States Postal Service
Office of Inspector General

Page 1 of 1

| The Item(s) Listed Below Were: | Name of Person | Case Number |
|---|---|---|
| ☐ Received From | Leticia Castro, Manager, Wells Fargo Bank | 16UILB3388CF03CF |
| ☐ Returned To | Address (No., st., ste./apt. no., city, state, ZIP + 4) | Date and Time |
| ☐ Released To | 111 W. Ocean Blvd, Suite 100 | 11/28/2018  11:40 ☑ AM  ☐ PM |
| ☑ Seized From | Long Beach, CA 90802 | |

| Location | Item | Quantity | Description (Model/serial no., identifying marks, condition and value, when appropriate) |
|---|---|---|---|
| WF Bank | 1 | 1 | Cashier's Check Serial # 4861-511463 : $53,971.19 / dated 11/28/2018 |
| | | | 6300211990; Juan E Caudillo DBA JC Trucking $18,669.57 |
| | | | 635114663!; Juan E Caudillo $9,148.65 |
| | | | 9218515014; Juan E Caudillo DBA JC Greenhouse $15,158.25 |
| | | | 6885605284; Juan E Caudillo DBA JC Greenhouse $10,994.72 |

Received by (Printed name and signature): Chani Lee

Received from (Printed name and signature): Leticia Castro

PS Form 6704, August, 1999    1 - Case File    2 - Person Named Above    3 - Returned With Search Warrant    4 - Item Seized